IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-111-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| SELEDONIO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown upon the Motion of the United States of America, it is hereby

ORDERED that the United States of America be allowed to respond out of time and for an extension of time, up to and including April 18, 2022, to respond to Defendant's Motion for Compassionate Release.

This 17 day of March, 2022.

JAMES C. DEVER III
United States District Judge